KEVIN G. CLARKSON
ATTORNEY GENERAL

Mark Cucci (Alaska Bar No. 0311047)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 258-0760
Email: mark.cucci@alaska.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUTHER VON SCHNEIDER,<br><br>    Plaintiff,<br><br>v.<br><br>TRACY BALDWIN,<br><br>    Defendant. | Case No. 3:18-cv-00060-TMB<br><br>**STIPULATION FOR ORDER TO FACILITATE DISCLOSURE AND DISCOVERY OF PROTECTED EVIDENCE** |

The evidence in this case is primarily confidential. The evidence includes confidential child protection files and medical records. The parties stipulate that the court may sign the attached protective order to facilitate disclosure and discovery of evidence that is otherwise confidential and protected. The order will facilitate disclosure and discovery.

DATED: September 30, 2019.

_Luther Von Schneider_      LUTHER VON SCHNEIDER
PLAINTIFF

1

|  |  |
|---|---|
| By: | /s/Luther Von Schneider<br>Luther Von Schneider<br>Pro Se |

DATED: September 30, 2019.

KEVIN G. CLARKSON
ATTORNEY GENERAL

|  |  |
|---|---|
| By: | /s/Mark Cucci<br>Mark Cucci<br>Assistant Attorney General<br>Alaska Bar No. 0311047<br>Department of Law<br>1031 West Fourth Avenue, Suite 200<br>Anchorage, AK 99501<br>Phone: (907) 269-5190<br>Facsimile: (907) 258-0760<br>Email: mark.cucci@alaska.gov<br>Attorney for Defendant |

Certificate of Service
I certify that on September 30, 2019 the foregoing **Stipulation for Order to Facilitate Disclosure and Discovery of Protected Evidence** was served electronically on:

Luther Schneider
3104 W. 34th Avenue, Apt 20
Anchorage, AK 99517

/s/Cassidy R. White
Cassidy R. White, Law Office Assistant II