Luther Von Schneider
Name

3104 W 34th Ave Apt 20

Anchorage, Alaska 99517
Address

907-313-9941
Telephone

RECEIVED OCT 15 2019 CLERK U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

Luther Von Schneider,

Plaintiff,

vs.

Tracy Baldwin

Defendant(s).

Case No. 3:18-cv-00060-TMB

## M O T I O N

to/for  Trial by Jury

I, Luther Von Schneider, representing myself without a lawyer, move to/for Trial by Jury under the following statute(s)/rule(s) (if known) Civil Rights Complaint under 42 USC 1983 for the following reason(s): Violation of Right For Due Process should be tried by Jury.

_____
_____
_____
_____
_____
_____
_____
_____
_____

### Declaration Under Penalty of Perjury

I, _Luther Schneider_, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _10-11-19_, at _3104 W 34th Ave #20 Anchorage, AK 99517_, Alaska.

_Luther Schneider_
Signature

### Certificate of Service

I certify that a copy of the above motion was served, by ☒ first class U.S. mail ☐ fax ☐ hand-delivery, to _Clerk of court for Tracy Baldwin_ at _Federal Building U.S. Courthouse_ (Opposing party or counsel)

_222 W. 7th Ave #4 Anchorage, AK 99513_ on _10-11-19_.
(Address) (Date of mailing)

_10-11-19_      _Luther Schneider_
              Signature



Luther Schneider
3104 W. 34th Ave #20
Anchorage, AK 99517

RETURN RECEIPT REQUESTED

7018 2290 0001 5937 1429

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FCM LETTER
ANCHORAGE, AK
99530
OCT 11, 19
AMOUNT
$6.85
R2304P118611-04