Luther Schneider
Name

3104 W 34th Ave, Apt 20

Anchorage Alaska, 99517
Address

(907)313-9941
Telephone

RECEIVED
OCT 15 2019
CLERK ... COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

Luther Schneider,

Plaintiff,

vs.

Tracy Baldwin

Defendant(s).

Case No. 3:18-cv-00060-TMB

**M O T I O N**

to/for Add The Relief Requested

I, Luther Schneider, representing myself without a lawyer, move to/for Add The Relief Requested under the following statute(s)/rule(s) (if known) Civil Rights Complaint under 42 U.S.C 1983 for the following reason(s): Violation of Right For Due Process. Plaintiff's Child was Abused And Neglected During This Process.

Compensatory Damages in the amount of 2,000,000 and

Punitive Damages in the amount of 2,000,000.

_____
_____
_____
_____
_____
_____
_____
_____

### Declaration Under Penalty of Perjury

I, _Luther Schneider_, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _10-11-19_, at _3104 W 34th Ave #20 Anchorage, AK 99517_, Alaska.

_Luther Schneider_
Signature

### Certificate of Service

I certify that a copy of the above motion was served, by ☒ first class U.S. mail ☐ fax ☐ hand-delivery, to _Clerk of court for Tracy Baldwin_ at _Federal Building U.S. Courthouse_ (Opposing party or counsel) _222 W. 7th Ave #4 Anchorage, AK 99513_ on _10-11-19_.
(Address)      (Date of mailing)

_10-11-19_      _Luther Schneider_
Signature